IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

YAXI LIANG,

    Plaintiff,

v.                                                                Civil Action No. **3:25CV774**

MY ASSIGNED PUBLIC DEFENDERS, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on October 8, 2025, the Court conditionally docketed the plaintiff's action. On October 30, 2025, the United States Postal Service returned the October 8, 2025, Memorandum Order to the Court marked, "RETURN TO SENDER," and "NOT IN ARLINGTON CO DETENTION FACILITY." (ECF No. 4, at 1.) Since that date, the plaintiff has not contacted the Court to provide a current address. The plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ 
John A. Gibney, Jr.
Senior United States District Judge

Date: 6 November 2025
Richmond, Virginia